# United States Court of Appeals for the Federal Circuit

---

**VICTOR B. SKAAR,**

*Claimant-Cross-Appellant*

v.

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellant*

---

2021-1757, 2021-1812

---

Appeals from the United States Court of Appeals for Veterans Claims in No. 17-2574, Judge Michael P. Allen, Chief Judge Margaret C. Bartley, Judge Amanda L. Meredith.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

FOR THE COURT

September 8, 2022          /s/ Peter R. Marksteiner
    Date                  Peter R. Marksteiner
                          Clerk of Court